## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:22-mj-00222-JCN |
| | ) |
| TERRENCE TALBOT | ) |

## CRIMINAL COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Possession of Child Pornography)

On about November 17, 2022, in the District of Maine, the defendant

### TERRENCE TALBOT

knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had moved in interstate and foreign commerce. Specifically, the defendant possessed images of child pornography that had been transmitted by computer using the internet. These images were possessed by the defendant in a USB drive that was manufactured outside the State of Maine.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Nefertiti Berhane
Special Agent
U.S. Department of the Interior,
Office of the Inspector General

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date:   Dec 06 2022

City and state:   Bangor, ME

_Judge's signature_

John C Nivison U.S. Magistrate Judge

_Printed name and title_

2