## PROBABLE CAUSE STATEMENT

I am a Special Agent with the Department of the Interior (DOI), Office of the Inspector General (OIG), Office of Investigations. I have over six years of experience as a federal criminal investigator conducting numerous criminal and administrative investigations related to theft, embezzlement, workers' compensation fraud, and other types of waste, fraud, and abuse within departmental programs and operations. I completed my basic training at the federal Law Enforcement Training Center's Criminal Investigator Training Program in August 2016, and I have continued to receive specialized training since that time. I hold a Master of Arts in sociology from George Mason University and a Bachelor of Arts in sociology and criminology from Ohio State University. My duties and responsibilities have included conducting numerous criminal and administrative investigations and working as an evidence custodian where I collected, transferred, and properly disposed of evidence. I have assisted in the execution of federal search warrants, as well as consensual searches, of residences. I base this affidavit on my person knowledge, training, and experience, as well as on information I have learned from other law enforcement officers and through the review of law enforcement reports. This affidavit does not contain all the information relating to the investigation, but is instead limited to that necessary to establish probable cause for the identified offense.

In July 2022, the DOI Cyber Incident Response Center (CIRC), notified DOI OIG that a Department computer had been identified as accessing and searching for pornographic material over the internet. A subsequent review of the browsing history identified pertinent search terms, including "breast buds" and "junior swimwear." This computer was issued to Terrence Talbot, an employee of the U.S. Geological Survey (USGS), a bureau of the DOI. DOI had a banner on

Government computers which states the following. "by logging into this agency computer system, you acknowledge and consent to the monitoring of this system. Evidence of your use, authorized or unauthorized, collected during monitoring may be used for civil, criminal, administrative, or other adverse action." Subsequent examination of the computer discovered images indicating a sexual interest in children. Specifically, this examination revealed that Talbot used the Government computer to view photos of pubescent females in various states of undress. However at the time of the forensic examination, the images were not accessible on the laptop by the user. I base my estimate of the age of these children on their underdeveloped breasts and small stature.

On November 17, 2022, DOI OIG agents interviewed Talbot at both the Waterville Public Library in Waterville, ME, and the USGS New England Water Center, his workplace in Augusta, Maine. Talbot was advised of his Garrity rights and signed a DOI OIG "Warnings and Assurances Form" at each location. He subsequently admitted to using his government computer to obtain child pornography from the internet, and admitted to having a sexual interest in pubescent girls for the past several years. He stated that he did not have or use any computer other than his government computer to look for child pornography on the internet for the past few years. He acknowledged that he may have the USB drive identified by the forensic examination of his computer in his car and was open to looking for it. He then retrieved the USB drive from his car and provided it to agents on scene. Talbot also signed a DOI OIG "Consent to Search Computer/ Digital Devices" form when he provided this USB drive to agents.

DOI personnel produced a forensic image of the USB drive and conducted a forensic examination of that image. The drive contained several images and videos of child pornography. These image and video files included file data indicating that some of the images had been

4

accessed within the last year.

Exhibits 1A and 1B are still shots from a video saved as "A2_05.16." In the video, a girl of about 10 to 13 exposes her vagina and appears to masturbate by inserting what appears to be a plastic object into her vagina at the 56 second mark. I base my estimate of the girl's age on her lack of breast development, lack of pubic hair, facial features, and the relative shape and development of her limbs.

Exhibits 2A and 2B are still shots from a video saved as "2blondesisters.avi." In the video at the 27 minute and 13 second mark, two girls of about 11 to 13 expose their vaginas and masturbate. I base my estimate of the girls' age based on their lack of breast development, lack of pubic hair, and the relative shape and development of their limbs.

I, Nefertiti Berhane, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under the pains and penalties of perjury.

Nefertiti Berhane
Special Agent
U.S. Department of the Interior,
Office of the Inspector General

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Dec 06 2022

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

5